

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Secured Creditor BSI Financial Services as Servicer for US Bank Trust N.A., as Trustee of the SCIG Series III Trust

In Re:

James P. Scarpa

Debtor(s)

Case No.: 15-24811

Chapter: 13

**Order Filed on April 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Hearing Date:
April 7, 2020 at 10:00 AM

Hon. Judge:
Andrew B. Altenburg Jr.

## ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 20, 2020**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | BSI Financial Services |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Richard S. Hoffman, Jr. |
| Property (Collateral): | 3711 East Chestnut Avenue, Vineland, NJ 08361 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for **1** month, **April 1, 2020**.
- The Debtor is overdue for **1** payment at **$1,410.11** per month.
- Less fund held in debtor(s) suspense at **$793.23**.

    Total Arrearages Due: **$616.88**

2. Cure for Post-Petition Arrearages:

- Beginning on **May 1, 2020**, additional monthly cure payments shall be made in the amount of **$154.22** for **4** months.
- Beginning on **May 1, 2020**, regular monthly payments shall resume in the amount of **$1,410.11**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:    BSI Financial Services
    314 S. Franklin Street
    P.O. Box 517
    Titusville, PA 16354

In the event of default:

If the Debtor(s) fails to make the regular monthly payments, or fails to make the additional monthly cure payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall

be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.